UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 05 - 431 |
| : | |
| AKAI D. WEAVER, : | |
| : | VIOLATION: 18 U.S.C. § 656 |
| Defendant. : | (Bank Embezzlement) |

INFORMATION

The United States informs the Court:

COUNT ONE

LEON, J. RJL

I. Introduction

FILED
DEC 0 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At all times material to this Information:

1. Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. From January 2004, until July 2004, defendant AKAI D. WEAVER worked as a teller at Wachovia Bank, located at 502 23rd Street, N.W., Washington, D.C.

Embezzlement Scheme

3. On or about July 6, 2004, in the District of Columbia, defendant WEAVER embezzled $1,980 from Wachovia Bank by taking this amount in cash from her teller drawer at the bank, placing the cash in her purse, and taking the money out of the bank for her own benefit.

4. On or about July 6, 2005, within the District of Columbia, defendant AKAI D. WEAVER, being an employee of Wachovia Bank, with the intent to injure and defraud Wachovia Bank, an institution whose deposits are insured by the Federal Deposit Insurance Corporation, did knowingly

and willfully embezzle, abstract and purloin monies and funds belonging to Wachovia Bank and pledged and otherwise entrusted to its care.

**(Bank Embezzlement, in violation of 18 U.S.C. § 656).**

KENNETH L. WAINSTEIN
United States Attorney

By: *[signature]*
DAVID CAREY WOLL, JR.
Assistant United States Attorney
United States Attorneys Office
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-4250