UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Cr. No. 05-431 (RJL) |
| : | |
| **AKAI D. WEAVER,** : | |
| : | |
| **Defendant** : | |

### UNOPPOSED MOTION TO CONTINUE PLEA HEARING

Defendant, Akai Weaver, through undersigned counsel, respectfully moves the Court to continue the current plea date in the above-captioned case which is currently set for Friday, January 6, 2006 at 3:00 p.m. As grounds for this motion, defense counsel submits:

1. A plea in this matter is currently scheduled for Friday, January 6, 2006, at 3:00 p.m.

2. On December 31, 2005, Leoa Branch, the defendant's grandmother, passed away. Funeral arrangements are being handled by Mount Moriah Baptist Church on 2201 Garrison Blvd., Baltimore, Maryland. Counsel has been informed that Ms. Branch's funeral services will take place at Mount Moriah Baptist Church on Friday, January 6, 2006 from 11:00 a.m. to 3:00 p.m.

3. Undersigned counsel has contacted Assistant United States Attorney, David Woll who has no opposition to this request.

4. WHEREFORE, it is respectfully requested that this Court issue an ORDER to continue the plea hearing date in this matter so that Ms. Weaver may attend her grandmother's funeral on January 6, 2006.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500