# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Cr. No. 05-431 (RJL)** |
| | **:** | |
| **AKAI D. WEAVER,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Plea Hearing, it is hereby

**ORDERED** that the Motion is granted; and it is re-scheduled for _____ at _____ a.m./p.m.

**SO ORDERED.**

_____
THE HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

Copies to:

David Woll, AUSA
Dani Jahn, AFPD