AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———— DISTRICT OF ————

**FILED**
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Akai D. Weaver

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-431 (RJL)

I, _Akai D. Weaver_, the above named defendant, who is accused of

18 U.S.C. § 656

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 18, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____