UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :
:
v. : Criminal No. 05-431 (RJL)
:
AKAI D. WEAVER, :
:
Defendant. :

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Akai D. Weaver agrees and stipulates as follows:

From January 2004, through July 2004, Akai D. Weaver worked as a teller at Wachovia Bank, located at 502 23rd Street in Northwest, Washington, D.C. Wachovia Bank is a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

On about July 6, 2004, in the District of Columbia, Ms. Weaver embezzled $1,980 from Wachovia Bank. Ms. Weaver took this amount in cash from her teller drawer at the bank. Thereafter, she placed the cash in her purse, and carried the money out of the bank. Ms. Weaver used the money that she embezzled from the bank for her own benefit.

On July 16, 2004, Wachovia Bank security investigators interviewed Ms. Weaver. During this interview, Ms. Weaver confessed orally and in writing to the embezzlement, and agreed to make restitution payments. On April 28, 2005, Special Agents with the FBI also interviewed Ms. Weaver. Again, Ms. Weaver confessed to the embezzlement.

In all, through this embezzlement scheme, Wachovia Bank lost $1,980. To date, none of this money has been recovered from Ms. Weaver.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _/s/ David Carey Woll/_
DAVID CAREY WOLL, JR.
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-4250

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 1/18/06

_____
Akai D. Weaver
Defendant

I have discussed this Statement of Offense with my client, Ms. Weaver. I concur with her decision to stipulate to this Statement of Offense.

Date: 1/18/06

_____
Dani Jahn, Esq.
Counsel for the Defendant