UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 05-431 (RJL) |
| | : | |
| **AKAI D. WEAVER,** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF FILING

On April 7, 2006, Ms. Akai Weaver, the defendant, appeared before this Honorable Court for sentencing. At this sentencing hearing Ms. Weaver, through undersigned counsel, proffered that a large portion of the money taken by Ms. Weaver was used for a medical procedure. In light of this proffer, this Court continued the sentencing hearing so that Ms. Weaver would be able to obtain documents to verify her proposition that such a medical procedure had occurred around the time in which the criminal conduct occurred. This Court instructed undersigned counsel to file any supplemental sentencing memorandum that would document the proffer made at the hearing on April 7, 2006. The Court also continued the sentencing hearing in this case until May 12, 2006, at 10:30 a.m.

Unfortunately, undersigned counsel has been unable to obtain any documentation that would verify that this medical procedure was performed. The clinic in which the medical procedure occurred has now closed and the building in which this clinic was located has "for rent" signs on the outside of the building. Attempts were made to contact the clinic via telephone, however both telephone numbers are now owned by private physicians who have no affiliation with the clinic. Therefore, all efforts have been exhausted.

Wherefore, undersigned counsel has no further information or documentation to provide

to the Court or to counsel for the government regarding this medical procedure.

                                                Respectfully submitted,

                                                __/s/_____
                                                Danielle C. Jahn
                                                Assistant Federal Public Defender
                                                625 Indiana Avenue, N.W., Ste. 550
                                                Washington, D.C.  20004
                                                (202) 208-7500