UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-431 (RJL) |
| | : | |
| v. | : | |
| | : | |
| AKAI D. WEAVER, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL
MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits this supplemental memorandum in aid of the sentencing of defendant Akia D. Weaver. For the reasons set forth herein, the government will not oppose a sentence imposing a term of probation pursuant to 18 U.S.C. § 3561.

In making its recommendation, the government has reconsidered the nature and circumstances of the offense and the history and characteristics of defendant. As the Court is aware, defendant has a prior criminal history which includes a 2003 conviction in Arlington County, Virginia for embezzlement. Defendant stole a small amount of money ($50 - $100) from her then employer, Macy's, but has since made restitution to Macy's.

Given Ms. Weaver's prior embezzlement, the government was originally of the view that she should be sentenced to a brief period of incarceration. However, the government has since reconsidered its position in light of certain circumstances that may have affected defendant at the time she committed the most recent offense.

First, defendant claims that near the time of the offense at hand, she herself was the victim of a crime. This led her to suffer severe personal problems which caused her to need money.

Although defendant's counsel was unable to affirmatively corroborate certain aspects of defendant's claims, the government is not in a position to refute these claims. The government recently reviewed the statements that defendant gave to Wachovia bank officials and the FBI concerning her theft, and found that they are not inconsistent with her present claim of hardship. For example, Ms. Weaver told Wachovia Bank investigators that she stole money because "a lot of things were going on," and she "need[ed] the money." Similarly, Ms. Weaver told the FBI that she took the money for "personal reasons" and "needed the money."

To her credit, Ms. Weaver entered a pre-indictment plea in this case and has accepted responsibility for her actions. Moreover, she is gainfully employed, and is attending classes at night to receive a degree in Medical Offices Management.

Nonetheless, the government respectfully requests that the Court impose a condition of probation that bars defendant from working for a bank or other financial institution. Moreover, the government requests that the Court order defendant to undergo counseling as deemed appropriate by her probation officer. Finally, the government respectfully requests that the Court order defendant to make full restitution to Wachovia Bank in the amount of $1,980.

    Respectfully submitted,

    KENNETH C. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. BAR # 451058


By:   _____
    DAVID CAREY WOLL, JR.
    D.C. BAR # 452454
    ASSISTANT U.S. ATTORNEY
    555 4th Street, N.W., 5th Floor
    Washington, D.C. 20530
    (202) 514-4250