WEAVER, Akai                                                      Page    16

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :    Docket No.: __05cr431__        **FILED**
                                :
             vs.                :                                  MAY 1 2 2006
                                :
        Akai D. Weaver              Disclosure Date: March 1, 2006 NANCY MAYER WHITTINGTON, CLERK
                                                                   U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSI) in the above-entitled case.  The undersigned further acknowledges
that:

### For the Government

(CHECK APPROPRIATE BOX)
        (✗) There are no material/factual inaccuracies therein.

        (  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    __3__/__15__/__06__
        Assistant U.S. Attorney                          Date

### For the Defendant

(CHECK APPROPRIATE BOX)

        (  ) There are no material/factual inaccuracies therein.

        (  ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____                    _____
Defendant        Date                                Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by **March 15, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone
number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for
the Government and the Defense Counsel to provide each other with a copy of the objections at the same
time the objections are filed with the probation office.

**FOR THE COURT**
By:Richard A. Houck, Jr.
Chief United States Probation Officer

**WEAVER, Akai**                                                                 **Page   17**

## Receipt and Acknowledgment

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed By:      _____
                (Defense Counsel/AUSA)

     Date:      _____