WEAVER, Akai                                                        Page   16

THE HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :    Docket No.: 05cr431
                                :
vs.                             :
                                :
Akai D. Weaver                       Disclosure Date: March 1, 2006

**FILED**

MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____            _____
Assistant U.S. Attorney                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____            _____
Defendant         Date                   Defense Counsel      Date  3/13/06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **March 15, 2006**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Richard A. Houck, Jr.
Chief United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 15, 2006

Kelly Kraemer-Soares
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

        Re:    **United States v. Akai D. Weaver**
                  Criminal No.: 05-431 (RJL)

Dear Ms. Kraemer-Soares:

       Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated March 1, 2006.

**Objections and Comments**

       1.     Effective March 18, 2006, Ms. Weaver will be residing at _____ with her mother and her sister. Ms. Weaver's cell phone number will remain the same but a new house phone will be connected. Ms. Weaver's grandmother will remain at the address listed on Page 2 of the Presentence Report. As a result of this move, Ms. Weaver requests that Page 2 of the Presentence Report be updated to reflect this new information.

       2.     Ms. Weaver requests that Paragraph 31 on Page 6 of the Presentence Report specify that her step-father, Clarence Waters, passed away during Ms. Weaver's early teenage years. Prior to his death, Mr. Waters was separated from Ms. Weaver's mother but they were never divorced.

       3.     Ms. Weaver requests that Paragraph 39 on Page 8 of Presentence Report be modified to reflect that she will begin classes at the SANZ School in Washington, D.C. on March 27, 2006. She will be taking evening classes, Monday thru Friday from 5:30 pm to 9:30 pm, in an effort to obtain an Associates Degree in Medical Offices Management. In addition, Ms. Weaver objects to the Probation Office contacting her previous places of education and will

obtain copies of enrollment verification as indicated in the Presentence Interview. Further, Ms. Weaver did not sign a release form authorizing the Probation Office to make sure any inquiry.

4. Ms. Weaver requests that Paragraphs 42, 43, 44, 45, and 46 on Pages 8 and 9 of the Presentence Report be modified. It appears that records from the Social Security Administration confirm that Ms. Weaver worked at the various locations that she provided during the Presentence Interview, however the total amount of wages associated with each employer is inappropriate to include in this report. What Ms. Weaver obtained in compensation in exchange for her work during the years prior to the instant offense do not bear on her ability to pay a fine nor her ability to pay restitution.

5. Ms. Weaver requests that Paragraph 48 on Page 9 of the Presentence Report be modified to accurately reflect a release form was not signed by Ms. Weaver during the Presentence Interview, but there were no indications from counsel that a court order was necessary in order to obtain prior copies of Ms. Weaver's tax returns. Further, Ms. Weaver has now obtained copies of her previous returns and will provide copies to the Probation Officer during the home visit.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc: David Woll, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530