PROB 35
(Rev 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

District of Columbia

UNITED STATES OF AMERICA

v.

Crim. No. CR 05-431

FILED
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On __May 12, 2006__ the above named was placed on probation for a period of t wo years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be successfully discharged from supervision and that the proceedings in the case be terminated.

Dated this __25th__ day of __July__, 20 __08__.

_____
United States District Judge